Jan Hamilton #08163
Chapter 13 Trustee
509 SW Jackson St
Topeka, KS 66603
785-234-1551

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**
Alphia May Stanley                                                             CASE NO: 16-40531

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT AND MOTION TO DEEM LOAN CURRENT
## IN THE EVENT OF NO TIMELY RESPONSE (CONDUIT)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), Jan Hamilton, Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and all postpetition payments due have been timely paid.

Name of Creditor: US BANK TRUST NATIONAL ASSOCIATION
Account #: 5477

Ongoing payments are made: ___ direct by the debtor / **X** through the trustee

Amounts Disbursed By The Trustee:

| Claim Number: 13 | Amount Paid |
|---|---|
| MORTGAGE ARREARS | $4,261.42 |
| ONGOING MORTG PYMNT - SECURED | $18,460.49 |
| MORTGAGE ADMINISTRATIVE | $3,799.68 principal and $154.18 interest |
| POST-PETITION FEES & EXPENSES | $650.00 |

If the Plan required ongoing payments to be made through the Trustee, the loan is now due for: **July 2021**, with Debtor(s) to make such payment direct to the creditor.

**Statement from Holder of Claim**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor **MUST** file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P. 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

### Consequences of Noncompliance with Fed.R.Bankr.P.3002.1(g)

If the holder of a claim fails to timely provide any information required by Fed.R.Bank.P.3002(b), (c), or (g), the Court will treat that failure as an admission that any default has been cured. The Court will then enter an Order finding that all allowed claims have been paid in accordance with the plan, and with respect to any claim secured by Debtor(s)' principal residence that continues beyond the term of the plan, that any prepetition or postpetition defaults have been cured and **the account is in all respects current through 06/30/2021**, with no escrow balance, late charges, costs or attorney fees owing.

Respectfully submitted,

*/s/ - Jan Hamilton*

Jan Hamilton #08163
Teresa L. Arnold #21586
Chapter 13 Trustee
509 SW Jackson St, Topeka, KS 66603
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com

*CR353/BB*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment and Motion to Deem Loan Current was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's CM/ECF system at the e-mail address registered with the Court this date: June 03, 2021.

Alphia May Stanley | 12883 S Lewelling Rd | Carbondale, KS  66414-9282
GARY E HINCK PA | 512 SW 6TH AVE  STE 100 | TOPEKA, KS  66603-3150
DEUTSCHE BANK NATIONAL TRUST COMPANY | % ROBERTSON, ANSCHUTZ & SCHNEID  PL | BANKRUPTCY DEPARTMENT | 6409 CONGRESS AVE  STE 100 | BOCA RATON, FL  33487
DEUTSCHE BANK NATIONAL TRUST | % MILLSAP & SINGER | 612 SPIRIT DR | ST LOUIS, MO  63005
US BANK NATIONAL ASSOCIATION | % MILLSAP & SINGER  LLC | 612 SPIRIT DRIVE | ST LOUIS, MO  63005
US BANK NATIONAL ASSOCIATION | % MILLSAP & SINGER  LLC | 612 SPIRIT DRIVE | ST LOUIS, MO  63005
US BANK TRUST NATIONAL ASSOCIATION | as Trustee of Dwelling Series IV Trust . | c/o SN SERVICE CORPORATION | 323 FIFTH STREET | EUREKA, CA  95501

*/s/ - Jan Hamilton, Trustee*